ACCEPTED
01-15-00387-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 9:33:27 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00387-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 9:33:27 AM
CHRISTOPHER A. PRINE
Clerk

## In the Court of Appeals
## First Judicial District
## Houston, Texas

### Ifeolumipo O. Sofola, M.D.

*Appellant*

**vs.**

### Aetna Health, Inc. and
### Aetna Life Insurance Company

*Appellees*

### On Interlocutory Appeal From the 152ND Judicial District Court of Harris County, Texas
### Trial Court Case No. 2013-76814

### Appellant's Notice of Attorney Presenting Oral Arguments

**To the Honorable Court of Appeals:**

Appellant Ifeolumipo O. Sofola, M.D. herewith advises the Court that William L. Van Fleet II will present oral arguments on his behalf in the above

1

captioned appeal during the oral arguments scheduled in this appeal for 1:30 p.m., October 21, 2015.

**SIGNED AND FILED** this 14th day of October, 2015.

Respectfully submitted,

*THE HALL LAW FIRM*

/s/William L. Van Fleet

**Benjamin L. Hall III**
Texas Bar No. 08743745
**William L. Van Fleet II**
Texas Bar No. 20494750
**Kimmie R. Bennett**
State Bar No. 24011946
530 Lovett Blvd.
Houston, TX  77006
(713) 942-9600 (Telephone)
(713) 942-9566 (Facsimile)
bvfleet@comcast.net

**ATTORNEYS FOR APPELLANT**
**IFEOLUMIPO O. SOFOLA, M.D.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing Notice was forwarded to counsel for Aetna Health, Inc. and Aetna Life Insurance Company, John B. Shely and Dena Palermo, 600 Travis, Suite 4200, Houston, Texas 77002, by electronic mail to JShely@andrewskurth.com and DenaPalermo@andrewskurth.com, on October 14, 2015.

/s/William L. Van Fleet II
**William L. Van Fleet II**